UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

vs.

UNIVERSAL IMPORT, LLC, a Nevada
limited liability company; JAMES P.
SHOEN, an individual,

    Defendants.
_____/

Case No.: 3:08-CV-00271-LRH-RAM

**STIPULATION AND ORDER EXTENDING DEFENDANTS TIME TO RESPOND (FIRST REQUEST)**

    The parties hereto, by and through their undersigned counsel, hereby stipulate to and request an Order extending Defendants' time to respond to Plaintiff's Motion for Summary Judgment, currently due on June 23, 2009, and to Reply to Plaintiff's Opposition to Defendant James P. Shoen's Motion to Dismiss, currently due on June 19, 2009. Parties stipulate that both responses will now be

/ / /

/ / /

/ / /

/ / /

due on July 1, 2009.

So Stipulated this 16 day of June, 2009.

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV 89503

_____
Barry L. Breslow, Esq.
Attorney for Defendants Universal Import, LLC and James P. Shoen

KOLESAR & LEATHAM
3320 W. Sahara Ave., Ste. 380
Las Vegas, NV 89102

/s/ Matthew J. Christian
Matthew J. Christian, Esq.
Attorney for Plaintiff

**IT IS SO ORDERED:**

DATED this 18th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

J:\WPData\BLB\14237.001 (Universal Import, LLC)\PLEADINGS\P-Stipulationto Extend Time to oppose MSJ and Reply to Motion to Dimiss(draft)06.15.09.wpd